

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Tuesday, December 22, 2015

Mr. Christopher Prine
Clerk, First Court of Appeals
301 Fannin
Houston, TX 77002
* DELIVERED VIA E-MAIL *

RE:    Case Number:  12-0255
        Court of Appeals Number:  01-09-00997-CV
        Trial Court Number:  2006-80212

Style:  GENE E. PHILLIPS, INDIVIDUALLY AND D/B/A PHILLIPS OIL INTERESTS,
       LLC, EURENERGY RESOURCES CORPORATION, SYNTEK WEST, INC.,
       CABELTEL INTERNATIONAL CORPORATION, NATRON INVESTMENTS, A&B
       CAPITAL CORPORATION, SOUTHMARK CORPORATION, BASIC CAPITAL
       MANAGEMENT, INC
       v.
       CARLTON ENERGY GROUP, LLC

Dear Mr. Prine:

      The judgment of the Supreme Court of Texas is final in the above referenced cause and the enclosed mandate was issued today. Enclosed with the mandate is a certified copy of our cost bill showing charges and payments as reflected by the record for your use in settlement between the parties.

              Sincerely,

              Blake A. Hawthorne, Clerk

              by Monica Zamarripa, Deputy Clerk

cc:    Ms. Tracy Nicole Leroy (DELIVERED VIA E-MAIL)
       Mr. Warren W. Harris (DELIVERED VIA E-MAIL)
       Mr. Roger D. Townsend (DELIVERED VIA E-MAIL)
       Mr. Vincent L. Marable III (DELIVERED VIA E-MAIL)
       Mr. William V. Dorsaneo III (DELIVERED VIA E-MAIL)
       Mr. Charles Imlay Appler

FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Mr. Thomas R. Phillips (DELIVERED VIA E-MAIL)
Mr. David M. Gunn (DELIVERED VIA E-MAIL)
Mr. William Fred Hagans (DELIVERED VIA E-MAIL)
Mr. Hugh Rice Kelly (DELIVERED VIA E-MAIL)
Mr. Chris Daniel (DELIVERED VIA E-MAIL)
Mr. George S. Christian (DELIVERED VIA E-MAIL)
Mr. Joseph M. Nixon (DELIVERED VIA E-MAIL)